Order issued September 24 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00837-CR

**MICHAEL WAYNE LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **REINSTATES** this appeal.

On August 22, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 30, 2012, we received an extension request from court reporter Kelly Simmons and on September 19, 2012, we received the reporter's record. Therefore, we **VACATE** the August 22, 2012 order requiring findings.

We **GRANT** the August 30, 2012 extension request. The reporter's record is considered properly filed.

Appellant's brief is due within thirty days of the date of this order.

_____
DAVID L. BRIDGES
JUSTICE